NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**JUXTACOMM-TEXAS SOFTWARE, LLC,**

*Plaintiff-Appellant,*

**v.**

**TIBCO SOFTWARE, INC.,**

*Defendant-Appellee,*

AND

**SAS INSTITUTE, INC.,**

*Defendant-Cross Appellant,*

AND

**DATAFLUX CORPORATION,**

*Defendant-Appellee,*

AND

**PERVASIVE SOFTWARE, INC.,**

*Defendant-Appellee.*

_____

2013-1004, -1025

_____

Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-0011, Chief Judge Leonard Davis.

---

## ON MOTION

---

### O R D E R

Upon consideration of JuxtaComm-Texas Software, LLC's unopposed motion to reform the official caption,

IT IS ORDERED THAT:

The motion to reform the caption is granted.  The revised official caption is reflected above.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s25